UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THE CITY OF NEW YORK and THE BOARD OF
EDUCATION OF THE CITY SCHOOL DISTRICT OF
THE CITY OF NEW YORK,

                Plaintiffs,

-against-

LIBERTY MUTUAL INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------------x

No. 15 Civ. 8220 (AJN) (RLE)

**PLAINTIFFS' NOTICE OF MOTION FOR DEFENSE COSTS AND ATTORNEYS' FEES INCURRED IN DEFENSE OF UNDERLYING ACTIONS**

       PLEASE TAKE NOTICE that Plaintiffs — The City of New York ("City") and the Board of Education of the City School District of the City of New York a/k/a the New York City Department of Education ("DOE") — will move for the entry of an order, pursuant to the Court's September 28, 2017 Memorandum and Order granting Plaintiffs' partial motion for summary judgment [Dkt. No. 42], for reimbursement of defense costs and attorneys' fees that Plaintiffs have incurred to date in defending themselves in the following three actions pending in the Supreme Court of the State of New York: (a) *Patricia James v. New York City School Construction Authority, New York City Department of Education, and City of New York*, Index No. 021897/2014 (the "*James* Action"); (b) *Kathleen Mertz v. The City of New York, the New York City Department of Education, and New York City School Construction Authority*, Index No. 006209/2014 (the "*Mertz* Action"); and (c) *Mary Anne V. Guarnaccia v. City of New York, New York City School Construction Authority, and New York City Department of Education*, Index No. 505355/2014 (the "*Guarnaccia* Action"). Pursuant to CPLR §§ 5001 and 5004, Plaintiffs further seek an award of prejudgment interest at the statutory rate of 9% per annum through the date judgment is entered.

Plaintiffs rely on the accompanying October 20, 2017 Declaration of Anjan Mishra and the declarations annexed thereto, which are, namely, the October 19, 2017 Declarations of Stacey L. Salvo, Brian D. Cody, and Vlad Turkiya, each of which attaches a single table-report exhibit. Plaintiffs seek damages on their sixth cause of action of $3,511.60 incurred in defense of the *James* Action, damages on their eighth cause of action of $9,332.25 incurred in defense of the *Mertz* Action, and damages on their tenth cause of action of $3,921.00 incurred in defense of the *Guarnaccia* Action, plus accrued prejudgment interest on each claim at the statutory rate of 9% per annum through the date judgment is entered. Plaintiffs reserve their right to seek recovery of the additional defense costs they continue to incur in the respective underlying actions, including interest thereon, until the time they receive a defense.

The motion will be heard at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 906, New York, New York 10007, before the Honorable Alison J. Nathan, United States District Judge, at a time and date to be fixed by the Court. Defendant Liberty Mutual Insurance Company must file opposition papers on or before November 3, 2017, in accordance with the so-ordered briefing schedule [Dkt. No. 45].

Dated:  New York, New York
        October 20, 2017

                    ZACHARY W. CARTER
                    Corporation Counsel of the
                      City of New York
                  *Attorney for Plaintiffs The City of New York*
                      *and the Board of Education of the City*
                      *School District of the City of New York*
                  100 Church Street, Rm. 20-102
                  New York, New York 10007
                  (212) 356-2035

          By: _/s/ Anjan Mishra_
                  Anjan Mishra
                  Assistant Corporation Counsel

2